JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT G. LEHMAN,<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON BEACH POLICE DEPARTMENT, CITY OF HUNTINGTON BEACH, DOES 1-10,<br><br>Defendants. | NO. SACV 23-1729-JLS (AGR)<br><br>**ORDER OF DISMISSAL** |

**I.**

**BACKGROUND**

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a First Amended Complaint ("FAC") under 42 U.S.C. § 1983. (Dkt. No. 18.) The FAC named as defendants the Huntington Beach Police Department ("HBPD"), the City of Huntington Beach ("City"), and police officer Does 1-10. (FAC at 2.)

On May 2, 2024, the Court screened the FAC pursuant to 28 U.S.C. § 1915(e)(2) and dismissed the FAC with leave to amend within 30 days after entry of the order (June 3, 2024). The Order referred Plaintiff to the Federal Pro Se Clinic, and warned that failure to file a timely Second Amended Complaint that

1

corrects the deficiencies "will result in dismissal of this action in its entirety." (Dkt. No. 25 at 10.) Plaintiff did not file a Second Amended Complaint or request additional time to do so.

## II.
## **ORDER**

Accordingly, IT IS ORDERED that this action is dismissed with prejudice for the reasons stated in the Order dated May 2, 2024, a copy of which is attached hereto.

DATED: August 5, 2024

_____
JOSEPHINE L. STATON
United States District Judge

2